IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  Case No. 1:18-cv-02212-WJM-SKC

**OPTIV SECURITY INC.,**

    **Plaintiff,**

v.

**DEFY SECURITY, LLC, et al.,**

    **Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Optiv Security Inc. and Defendants Defy Security, LLC, Justin Domachowski, and Jeremy Gilbert, by and through their respective counsel of record, hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) and agree to the dismissal of the above-captioned matter, with prejudice, with each party to bear its or his own costs, expenses, and attorneys' fees.

Dated:   April 24, 2019              Respectfully submitted,

                                                       By:  */s/ Robert J. Hingula*
                                                          Robert J. Hingula, MO #56353
                                                          POLSINELLI PC
                                                          900 W. 48th Place, Suite 900
                                                          Kansas City, MO  64112
                                                          (816) 753-1000
                                                          Fax No.:  (816) 753-1536
                                                          rhingula@polsinelli.com

1

68302510.1

        Donald L. Samuels, #26654
        Sean R. Gallagher, #16863
        POLSINELLI PC
        1401 Lawrence Street, Suite 2300
        Denver, CO 80202
        (303) 572-9300
        Fax No.: (303) 572-7883
        dsamuels@polsinelli.com
        sgallagher@polsinelli.com

        ATTORNEYS FOR PLAINTIFF


By: */s/ Raymond W. Martin*
    Raymond W. Martin
    Michele On-ja Choe
    WHEELER TRIGG O'DONNELL LLP
    370 17th Street, Suite 4500
    Denver CO 80202
    303-244-1926
    Fax: 303-244-1879
    martin@wtotrial.com
    choe@wtotrial.com

    ATTORNEYS FOR DEFENDANTS


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by (____) United States Mail, postage prepaid; (__x__) ECF Notification System; (____) E-mail; (____) Federal Express; and/or (____) Hand Delivery this 24th day of April, 2019, to all counsel of record.


        /s/ *Robert J. Hingula*